JS-6 /ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT ANTHONY MARQUEZ,<br>    Petitioner,<br>    v.<br>DERRAL ADAMS, Warden,<br>    Respondent. | Case No. CV 08-00398-CBM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: 8/27/08

_____
Consuelo B. Marshall
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY